USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/20



# BIS | BARNES IACCARINO & SHEPHERD LLP

Riccardo Iaccarino
Wendell V. Shepherd

Michael C. Anderson
Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo

3 Surrey Lane
Hempstead, NY 11550
Tel: 516.483.2990
Fax: 516.483.0566

29 Legion Drive
Bergenfield, NJ 07621
Tel: 201.387.2600

Roy Barnes, Retired

*Also Admitted in NJ

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

SO ORDERED  4/21/20

/s/ Alison J. Nathan

Alison J. Nathan, U.S.D.J.

April 14, 2020

VIA ECF
Honorable Alison Nathan, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Trustees of the Drywall Tapers & Pointers Local Union No. 1974 Benefit Funds,
      et al. v. Plus K Construction Inc.

Case No.:   20-cv-1643 (AJN)

Dear Judge Nathan,

    This firm represents Plaintiffs Trustees of the Drywall Tapers & Pointers Local Union No. 1974 Benefit Funds, et al. in the above referenced matter. The Court scheduled an Initial Pretrial Conference in this case for June 26, 2020. Defendant has not entered an appearance in this case. Accordingly, Plaintiffs will be moving for default judgment. In light of the stated circumstances, Plaintiffs respectfully request that the scheduled June 26, 2020 Conference be adjourned sine die. No prior adjournment requests have been made.

    I appreciate your time and attention to this matter. Thank you.

Respectfully submitted,

*/s/ Lauren Kugielska*
Lauren M. Kugielska

> Plaintiffs' request is hereby granted.  The initial pretrial conference scheduled for June 26, 2020 is adjourned.  Plaintiffs shall move for default judgment by June 1, 2020.
> SO ORDERED.