UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DRYWALL TAPERS AND )
POINTERS LOCAL UNION NO. 1974 BENEFIT FUNDS and )
THE DISTRICT COUNCIL NO. 9, DRYWALL TAPERS AND )
POINTERS OF GREATER NEW YORK LOCAL UNION 1974, )
AFFILIATED WITH INTERNATIONAL UNION OF )
PAINTERS AND ALLIED TRADES, AFL-CIO, )
                                                                      ) Index No.: 20-CIV-1643 (AJN)
                                                                      )
                       Plaintiffs, ) STATEMENT OF DAMAGES
    -against- )
                                                                       )
PLUS K CONSTRUCTION INC., )
                                                                      )
                       Defendant. )

---

Principal Amount Due for the period of July 1, 2015 through
June 30, 2018……………………………………………….................  $    4,533.78

Interest calculated at 5.25 % per annum
through to December 31, 2018 ……….……………..……...…………  $        59.50

Liquidated damages calculated at 10% of the principal amount…………..  $       906.76

Audit Costs………………………………………………………………  $       700.00

Attorneys' Fees ………………………………………………………….  $    3,225.00

Court Costs & Disbursements:

     Filing Fees (Index).................................................................…………  $       400.00
     Process Server Fee.....................…………………………………….  $         70.00


     **GRAND TOTAL:............................................................…**   $    9,895.04