USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds, et al.,

        Plaintiffs,

–v–

Plus K Construction Inc.,

        Defendant.

---

20-cv-1643 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Per Rule 3(L) of this Court's Individual Practices in Civil Cases, "[t]he Plaintiff must serve the motion for default judgment and supporting paperwork on the party against whom default judgment is sought and file an affidavit of service on ECF within 14 days of filing the motion for default judgment." Plaintiffs filed their motion for default judgment on April 29, 2020, Dkt. No. 13, but to date no affidavit of service has been filed.

    Plaintiffs shall file an affidavit of service on or before June 1, 2020. If additional time is required to complete service of the motion and supporting papers, Plaintiffs shall file a letter on ECF explaining why an extension is necessary.

    SO ORDERED.

Dated: May 22, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge