UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/21

Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds, et al.,

     Plaintiffs,

–v–

Plus K Construction Inc.,

     Defendant.

20-cv-1643 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

For the reasons stated in the Court's March 30, 2021 Memorandum Opinion & Order, Dkt. No. 19, the Clerk of Court is respectfully directed to enter judgment in favor of the Plaintiffs and against the Defendant as follows:

- $4,533.78 in principal unpaid fringe benefit contributions for the period stemming from September 23, 2016 through September 30, 2018;
- $59.50 in interest on that amount through December 31, 2018 and additional pre-judgment interest to be calculated at a rate of 5.25% per year through the entry of judgment;
- $700 in Audit costs;
- $3,255 in attorney's fees; and
- $470 in court costs and disbursements.

The Clerk of Court is further directed to close the case.

SO ORDERED.

Dated: April 28, 2021
   New York, New York

               ALISON J. NATHAN
               United States District Judge