# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

Trustees of the Drywall Tapers and Pointers
Local Union No. 1974 Benefit Funds, et al.,

                              Plaintiffs,                    20 **CIVIL** 1643 (AJN)

               -against-                             **JUDGMENT**

Plus K Construction Inc.,

                              Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 28, 2021, and in the Court's March 30, 2021 Memorandum Opinion & Order, Dkt. No. 19, judgment is entered in favor of the Plaintiffs and against the Defendant as follows:

- $4,533.78 in principal unpaid fringe benefit contributions for the period stemming from September 23, 2016 through September 30, 2018;
- $59.50 in interest on that amount through December 31, 2018 and additional pre-judgment interest calculated at a rate of 5.25% per year through the entry of judgment in the amount of $560.25;
- $700 in Audit costs;
- $3,255 in attorney's fees; and
- $470 in court costs and disbursements; accordingly, the case is closed.

**Dated:** New York, New York
       April 28, 2021

**RUBY J. KRAJICK**
_____
**Clerk of Court**
**BY:** *David J. Thomas*
_____
**Deputy Clerk**